IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

v.                         CIVIL ACTION NO. 3:22-cv-262-TSL-RPM

ONE (1) TAURUS PISTOL, MODEL TX22,
CAL: .22, SERIAL NO. 1PT406184,
ONE (1) TAURUS INTERNATIONAL PISTOL,
MODEL G3C, CAL: 9MM, SERIAL NO. ACB587364,
THIRTY-FOUR (34) ROUNDS SELLIER &
BELLOT AMMUNITION, CAL: 9, AND
ONE (1) SPYTEC STI GL300MA GPS
TRACKER IMEI: 015181001301168 . . . . . . . . . . . . . . . . . . . . . DEFENDANT PROPERTY

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff United States of America, by and through its United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, brings this complaint for forfeiture *in rem* and alleges:

## **NATURE OF THE ACTION**

1. This is a civil action *in rem* to forfeit One (1) Taurus Pistol, Model TX22, CAL: .22, Serial No. 1PT406184, One (1) Taurus International Pistol, Model G3C, CAL: 9mm, Serial No. ACB587364, Thirty-four (34) Rounds Sellier & Bellot Ammunition, CAL: 9, and One (1) Spytec STI GL 300MA GPS Tracker IMEI:015181001301168 ("Defendant Property") seized from Marco Antonio Aviles who, as an illegal alien was in violation of 18 U.S.C. §§ 922(g)(5)(A) when he was found in possession of a firearm on June 11, 2021. The Defendant Property is therefore subject to forfeiture under 18 U.S.C. § 924(d)(1). Additionally, the Defendant Property is subject to forfeiture under 21 U.S.C. § 881 because the firearm was used or intended to be used to facilitate any violation of the Controlled Substances Act, 21 U.S.C. §

801, *et seq.*, specifically, drug distribution, in violation of 21 U.S.C. §§ 841 (possession of a controlled substance with intent to distribute) and/or 846 (conspiracy to commit drug trafficking).

## JURISDICTION AND VENUE

2.   This Court has jurisdiction over this action under 28 U.S.C. § 1345 and § 1355.

3.   Venue is proper in this District under 28 U.S.C. § 1355(b)(1)(A) because the acts giving rise to the forfeiture occurred in this District and under 28 U.S.C. § 1395(b) because the Defendant Property was found in this District.

## THE DEFENDANT IN REM

4.   The Defendant Property, which was seized within the Southern District of Mississippi, Northern Division, consists of the following:

| Asset ID | Property Description |
| --- | --- |
| 21-ATF-033405 | One (1) Taurus Pistol, Model TX22, CAL: .22, Serial No. 1PT406184 |
| 21-ATF-033407 | One (1) Taurus International Pistol, Model G3C, CAL: 9mm, Serial No. ACB587364 |
| 21-ATF-033408 | Thirty-four (34) Rounds Sellier & Bellot Ammunition, CAL: 9 |
| TBD | One (1) Spytec STI GL300MA GPS Tracker IMEI: 015181001301168 |

## BASIS FOR FORFEITURE

5.   The Defendant Property is subject to forfeiture under 21 U.S.C. § 881 because the Defendant Property was used or intended to be used to facilitate any violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*; specifically, drug distribution, in violation of 21 U.S.C. § 841, and drug conspiracy, in violation of 21 U.S.C. § 846, and 18 U.S.C. § 924 (d)(1), because it was possessed in violation of 18 U.S.C. §§ 922(g)(5)(A) (possession of a firearm by a felon) and 924(c)(1)(A) (possession of a firearm in furtherance of drug trafficking).

6. On Friday, June 11, 2021, Marco Antonio AVILES (AVILES), a citizen of Mexico, was found to be unlawfully in the United States and illegally in possession of the Defendant Property pursuant to a probable cause vehicle search during a traffic stop in Scott County, Mississippi.

7. The Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, and § 881 make subject to forfeiture to the United States any proceeds derived from, and any facilitating property of, any knowing violation of 21 U.S.C. § 841 (drug distribution) and § 846 (drug conspiracy).

8. Additionally, 21 U.S.C. § 881(h) provides that all right, title, and interest in property described in 21 U.S.C. § 881(a) shall vest in the United States upon commission of the act giving rise to forfeiture under 21 U.S.C. § 881.

9. Section 924(d)(1) authorizes forfeiture of "[a]ny firearm or ammunition involved in or used in any knowing violation of subsection … (g) … of section 922, … or knowing violation of section 924."

## FACTS AND CIRCUMSTANCES

10. A detailed account of the facts and circumstances supporting the seizure and forfeiture of the Defendant Property is set out in ATF Task Force Officer Joshua Stringer's, declaration, attached hereto as Exhibit "A" and incorporated herein by reference.

## CLAIM FOR RELIEF
### (21 U.S.C. § 881)

11. Paragraphs 1 through 10 above are incorporated by reference as if fully set forth herein.

12. The Defendant Property constitutes controlled substances used or intended to be used to facilitate one or more violations of 21 U.S.C. §§ 841 and 846 and is therefore forfeitable to the United States under 21 U.S.C. § 881.

## CLAIM FOR RELIEF
### (18 U.S.C. § 924(d))

13. Paragraphs 1 through 12 above are incorporated by reference as if fully set forth herein.

14. The Defendant Property firearms and ammunition were involved or used in a knowing violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(c)(1)(A) and are therefore forfeitable to the United States under 21 U.S.C. § 924(d).

Plaintiff United States requests that:

(a) the Court find that the United States has demonstrated it has a reasonable belief that the Defendant Property is forfeitable to the United States under 21 U.S.C. § 881 and 18 U.S.C. § 924(d);

(b) process issue to enforce the forfeiture of the Defendant Property;

(c) notice of this action be given to all under Supplemental Rule G(3)(b), which the United States will execute upon the Defendant Property located in the custody of the ATF under 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c);

(d) notice of this action be given to all persons and entities known or thought to have an interest in or right against the Defendant Property to appear and show why the forfeiture should not be decreed;

(e) the Court decree that forfeiture of the Defendant Property to the United States of America is confirmed, enforced, and ordered; and,

(f) the Court award the United States its costs and disbursements in this action, and the Court order such other relief that it deems just and proper.

Respectfully submitted,

                                                UNITED STATES OF AMERICA

Date:  May 17, 2022                        DARREN J. LAMARCA
                                                United States Attorney

                                       By:    */s/ Clay B. Baldwin*
                                                CLAY B. BALDWIN (MSB 103478)
                                                Assistant United States Attorney
                                                501 East Court Street, Suite 4.430
                                                Jackson, MS 39201
                                                Telephone:  (601) 965-4480
                                                Fax:           (601) 965-4035
                                                Email:       clay.baldwin@usdoj.gov

5

## **VERIFICATION**

I, Joshua Stringer, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the United States Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), that I have read the foregoing Verified Complaint for Forfeiture *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint for Forfeiture *in rem* are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States of America, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as an ATF Task Force Officer.

Dated this the 16th day of May 2022.

*Joshua Stringer*
JOSHUA STRINGER
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
 & Explosives (ATF)